In the Matter of the Application of CHARLES LEOPOLD, Respondent, for an Order Directing JOHN C. WAIT, an Attorney, Appellant, to Pay over Moneys.

*Matter of Leopold*, 186 App. Div. 872, affirmed.

(Argued May 19, 1919; decided June 3, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1919, which modified and affirmed as modified an order of Special Term, in summary proceedings, directing an attorney to pay over certain moneys collected in an action.

*John C. Wait* for appellant.

*Abraham Wielar* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLINS, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.